

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00762-CR

Jason Robert **VANWINKLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-14-0000041
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of conviction is REVERSED and we RENDER a judgment of acquittal for the offense of arson of a habitation.

SIGNED December 16, 2015.

Luz Elena D. Chapa, Justice